AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 26, 2024

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| MARTIN S.M. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:23-CV-3185-TOR |
| | ) | |
| | ) | |
| MARTIN O'MALLEY, Commissioner of Social Security | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   The Parties' Stipulated Motion for Remand (ECF No. 14) is GRANTED. This case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Judgment for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   THOMAS O. RICE _____ on a stipulated motion for remand.

Date:   3/26/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham

*(By) Deputy Clerk*

Wendy Kirkham